CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 30 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL TODD RIDDLE,** | Civil Action No. 7:11CV00304 |
| **Plaintiff,** | |
| | **FINAL ORDER** |
| vs. | |
| **NEW RIVER VALLEY REGIONAL JAIL, ET AL.,** | By: Samuel G. Wilson |
| | United States District Judge |
| **Defendant(s).** | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous, and this action is stricken from the active docket of the court.

ENTER: This 30th day of June, 2011.

_____
United States District Judge